**No. 65910.**—American Customs Brokg. Co., a/c Burn Strauss, Incorporated *v.* United States, protests 312558–K, etc. (Honolulu).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiff was sustained.